**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-80340**

**John Michael Chad Atwill**,
**et al.**,

Plaintiffs,

v.

**Joseph Edlow,**
*Director of U.S. Citizenship and Immigration Services*,

Defendant.
__________________________________/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiffs' Notice of Voluntary Dismissal [ECF No. 10] pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Therefore, it is **ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.
2. All pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

**DONE and ORDERED** in Chambers in West Palm Beach, Florida, this 3rd day of November 2026.

ED ARTAU
UNITED STATES DISTRICT JUDGE

Copies Served:

**Angelica Noel Rice**
Wr Immigration
1416 2nd Street
Santa Monica, CA 90401
424-292-0867
Email: arice@wolfsdorf.com

**Kelsi R. Romero**
United States Attorney's Office
Email: kelsi.romero@usdoj.gov